EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>José L. Villalón Cedeño<br>Everlidys Rodríguez Pacheco | 2011 TSPR 39<br><br>181 DPR ____ |

Número del Caso:     TS-2971
                     TS-11,273


Fecha: 14 de marzo de 2011



Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de febrero.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| José L. Villalón Cedeño | 2971 |
| Everlidys Rodríguez Pacheco | 11,273 |

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de marzo de 2011.

Durante el mes de febrero de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| José L. Villalón Cedeño | 2971 |
| Everlidys Rodríguez Pacheco | 11,273 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo